AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PATTIE SAUNDERS,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **CASE NO. C2-08-0142** |
| **COMMISSIONER OF SOCIAL** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SECURITY,** | **MAGISTRATE JUDGE MARK R. ABEL** |

    **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed February 9, 2009, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**

Date: February 9, 2009            JAMES BONINI, CLERK

                                         */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk